**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X  FOURTH   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JUNE BAILEY,            JOINT DEBTOR: MARK BAILEY  CASE NO.: 16-17451
Last Four Digits of SS# 5656       Last Four Digits of SS# 2282

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   36   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A.  $ 1,265.00 for months  1  to  5    ;
B.  $   110.00 for months  6  to  36  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00
                       Costs:      150.00
            Modification Fee    2,500.00
                        Costs     100.00
               Balance Due  $  6,250.00
                  Total paid:   1,000.00
               Balance Due:    5,250.00  payable $1,050.00/month  (Months  1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____  Arrearage on Petition Date $  n/a  _____
   Address: _____  Arrears Payment  $   n/a  ____
   _____   Arrears Payment  $_____ /month (Months 1 to 36)
   Account No: _____  Regular Paymen  $_____ /month (Months 1 to 36)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Specilized Loan Servicing<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Acct. No. 6960 | $228,380.00<br>554 NW 158th Lane, Pembroke Pines, Fl | 0% | $0 | 1  To  36 | 0 |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due  $____ Payable $__/month (Months ____ to ____) Regular Payment $__

Unsecured Creditors: Pay $ 100.00/month (Months 1 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

After denial of modification, Debtor abandons her interest in the real property known as 554 NW 159th Lane,

Pembroke Pines, Fl and surrenders, her interest to BSI Financial, as servicer Nationstar Mortgage, Mahogany Way HOA and Towngate Master Association.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Christine E. Bryce, Esq.
Debtor
Date:   1/13/2017

Joint Debtor
Date:

LF-31 (rev. 01/08/10)